UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FREEMAN, <br><br> Plaintiff, <br><br> v. <br><br> ED BORBEIAN, et al., <br><br> Defendants. | Case No. 16-cv-01848-JD <br><br> **ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a detainee. The Court reviewed the amended complaint on August 31, 2016, and found that plaintiff had failed to state a claim and dismissed the amended complaint with leave to amend. The twenty-eight days to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: November 18, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FREEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ED BORBEIAN, et al.,<br><br>        Defendants. | Case No.  16-cv-01848-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ron Freeman ID: 0144493  
Marin County Jail  
13 Peter Behr Drive  
San Rafael, CA 94903

Dated: November 18, 2016

Susan Y. Soong  
Clerk, United States District Court

By: *Lisa R. Clark*  
LISA R. CLARK, Deputy Clerk to the  
Honorable JAMES DONATO